JUANA PÉREZ, demandante y apelante, *v.* EL PUEBLO DE PUERTO RICO, demandado y apelado.

Núm. 7396.—*Sometido:* Mayo 8, 1939. *Resuelto:* Julio 29, 1939.

*Miguel A. Bustelo,* abogado de la apelante; *Hon. Procurador General B. Fernández García* y *E. de Aldrey, Procurador General Auxiliar,* abogados del apelado.

EL JUEZ ASOCIADO SEÑOR WOLF emitió la opinión del tribunal.

Juana Pérez instó demanda ante la Corte de Distrito de Humacao en cobro de daños y perjuicios con motivo de la muerte de un hijo suyo de tres años de edad que se ahogó en un tanque de inmersión. El demandado, Pueblo de Puerto Rico, radicó una excepción previa a la demanda y la misma fué declarada con lugar por la corte. La demandante insistió en que la excepción no procedía, se dictó sentencia en su contra y en apelación la sentencia de la corte de distrito fué confirmada. La opinión de este tribunal fué emitida el 23 de diciembre de 1938 por el suscribiente (54 D.P.R. 34).

En enero 20, 1939, la apelante radicó una moción de reconsideración. Como el caso sólo había sido oído por tres jueces y había duda por parte de algunos de los miembros del tribunal, ordenamos una nueva vista del caso, que fué celebrada el 8 de mayo de 1939.

 El Pueblo de Puerto Rico insistió en que no procedía una acción en su contra toda vez que la persona que construyó el tanque de inmersión no era un agente especial de El Pueblo de Puerto Rico ni podía considerársele como tal. Todo el tribunal acepta ese criterio.

Según los artículos 1802 y 1803 del Código Civil, El Pueblo sólo es responsable de la acción u omisión que causa daño a otro cuando la culpa o negligencia ha sido causada "por mediación de un agente especial."

El infrascrito indudablemente se adhiere al criterio expresado en la opinión de diciembre 23, 1938, mas por el presente los demás miembros del tribunal no creen necesario considerar esa cuestión, sino que prefieren basar su decisión escuetamente en el fundamento de que no se demostró que existiera una agencia especial.

*Debe confirmarse la sentencia de la corte de distrito.*

El Juez Asociado Sr. Travieso no intervino.